ACCEPTED
03-15-00007-CV
5271285
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 3:17:59 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00007-CV

_____

# In the Court of Appeals
# Third District of Texas
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/13/2015 3:17:59 PM
JEFFREY D. KYLE
Clerk

_____

JOHN DOE,

APPELLANT

V.

BOARD OF DIRECTORS OF THE STATE BAR OF TEXAS,
COMMISSION FOR LAWYER DISCIPLINE, AND
LINDA ACEVEDO IN HER OFFICIAL CAPACITY
AS THE CHIEF DISCIPLINARY COUNSEL OF THE STATE BAR OF TEXAS,

APPELLEES

_____

*Appealed from the 126th District Court*
*Of Travis County, Texas*
*Honorable Scott Jenkins, Judge Presiding*

_____

**APPELLEES' UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED BRIEF**

_____

LINDA A. ACEVEDO
CHIEF DISCIPLINARY COUNSEL

LAURA BAYOUTH POPPS
DEPUTY COUNSEL FOR ADMINISTRATION

CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
STATE BAR OF TEXAS
P.O. BOX 12487
AUSTIN, TEXAS 78711-2487
512.427.1350; 1.877.953.5535
FAX: 512.427.4167

_____

In the Court of Appeals
Third District of Texas
Austin, Texas

_____

JOHN DOE,
APPELLANT

V.

BOARD OF DIRECTORS OF THE STATE BAR OF TEXAS,
COMMISSION FOR LAWYER DISCIPLINE, AND
LINDA ACEVEDO IN HER OFFICIAL CAPACITY
AS THE CHIEF DISCIPLINARY COUNSEL OF THE STATE BAR OF TEXAS,
APPELLEES

_____

*Appealed from the 126th District Court*
*Of Travis County, Texas*
*Honorable Scott Jenkins, Judge Presiding*

_____

**APPELLEES' UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED BRIEF**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellees, the Board of Directors of the State Bar of Texas, the Commission

for Lawyer Discipline, and Linda Acevedo in her official capacity as the Chief

Disciplinary Counsel of the State Bar of Texas, asks the Court, under the authority

of Rule 38.7 of the Texas Rules of Appellate Procedure, for leave to file an amended brief in this matter.

## I.

The Commission filed its brief on May 11, 2015. An amended brief is being filed at the same time as the instant motion.

The Commission seeks to file an amended brief because the amended version has been edited for clarity and readability. No new cases or authorities have been added. The amending of Appellees' brief will prevent confusion and thereby aid the Court in resolving this matter appropriately.

Appellant does not oppose this motion.

## III.

For these reasons, Appellees asks the Court to grant permission for leave to file an amended brief.

RESPECTFULLY SUBMITTED:

LINDA A. ACEVEDO
CHIEF DISCIPLINARY COUNSEL

LAURA BAYOUTH POPPS
DEPUTY COUNSEL FOR ADMINISTRATION

CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL

OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
P.O. BOX 12487

AUSTIN, TEXAS 78711-2487
512.427.1350; 1.877.953.5535
FAX: 512.427.4167


/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL
STATE BAR OF TEXAS
STATE BAR CARD NO. 00790419
ATTORNEYS FOR APPELLEES

CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney spoke with one of Appellant's attorneys of record, Jennifer Jasper, by phone on May 13, 2015, regarding this motion. Ms. Jasper indicated that Appellant does not oppose the motion.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL
STATE BAR OF TEXAS


CERTIFICATE OF SERVICE

This is to certify that the above and foregoing Unopposed Motion for Leave to File Amended Brief of the Board of Directors of the State Bar of Texas, Commission for Lawyer Discipline, and Linda Acevedo, in her capacity as the Chief Disciplinary Counsel of the State Bar of Texas, has been served on Appellant, John Doe, by and through his attorneys of record, Mr. Gaines West, Ms. Jennifer Jasper, and Mr. Rob George, West Webb, Allbritton & Gentry, by electronic service through this Court's electronic filing service provider on the 13th day of May 2015.

/s/ Cynthia Canfield Hamilton
CYNTHIA CANFIELD HAMILTON
SENIOR APPELLATE COUNSEL
STATE BAR OF TEXAS